**Curtis ROBINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 92094.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 20, 2009.

Gwenda R. Robinson, St. Louis, MO, for
appellant.

Chris Koster, Terrence M. Messonnier,
Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP
CRANE, P.J., CLIFFORD H. AHRENS,
J., and NANNETTE A. BAKER, J.

*ORDER*

PER CURIAM.

Curtis Robinson ("movant") appeals the
judgment of the motion court denying his
request for post-conviction relief pursuant
to Missouri Supreme Court Rule 29.15 af-
ter an evidentiary hearing. Movant ar-
gues he was denied effective assistance of
trial counsel.

We have reviewed the briefs of the par-
ties and the record on appeal and find no
error of law. No jurisprudential purpose
would be served by a written opinion.
However, the parties have been furnished
with a memorandum opinion for their in-
formation only, setting forth the facts and
reasons for this order.

The judgment of the trial court is af-
firmed in accordance with Rule 84.16(b).